✎ AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ NEW JERSEY _____

UNITED STATES OF AMERICA

V.

MOSHE BUTLER

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER:    09-7114 (ES)

I, _____ MOSHE BUTLER _____ , charged in a ☑ complaint ☐ petition

pending in this District with ___ Knowingly devised a scheme to defraud _____

in violation of Title _____ 18 _____ , U.S.C., _1343_____ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P.,
including my right to have a preliminary ☐ examination ☑ hearing , do hereby waive (give up) my right to a prelim-
inary ☐ examination ☐ hearing.

X _____
_____
*Defendant*

9/30/09
_____
*Date*

_____
*Counsel for Defendant*